UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23488-CIV-GOLD/McALILEY

KHALILAH M. MENDEZ,

    Plaintiff,

v.

ER SOLUTIONS, INC.,

    Defendants.

_____/

**ORDER CLOSING CASE UPON JOINT
STIPULATION OF DISMISSAL WITH PREJUDICE [ECF No. 20]**

THIS CAUSE is before the Court upon the Parties' Joint Stipulation for Dismissal With Prejudice **[ECF No. 20]**. Having reviewed the Stipulation, the record, and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that:

1. All of Plaintiff's claims in the above-styled matter are DISMISSED WITH PREJUDICE.

2. Each party shall bear its own costs and fees except as otherwise agreed.

3. All pending motions are denied as MOOT.

4. This case is CLOSED.

DONE AND ORDERED in Chambers, at Miami, Florida, this _16_ day of September, 2010.

                                              THE HONORABLE ALAN S. GOLD
                                              UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge McAliley
         Counsel of record